# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

In re:                                    §
                                          §
DISPLAY TECHNOLOGIES, LLC,                §        Case No. 16-06003 CCJ
                                          §
          Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT E. THOMAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,666.67 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 22,805.07 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 4,094.97 | |

3) Total gross receipts of $ 26,900.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 26,900.04  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,105.80 | 4,105.80 | 4,094.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 824,267.48 | 824,267.48 | 22,805.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,167,311.76 | 1,167,311.76 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,995,685.04 | $ 1,995,685.04 | $ 26,900.04 |

4) This case was originally filed under chapter 7 on  09/09/2016 .  The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/08/2018                          By:/s/ROBERT E. THOMAS, TRUSTEE
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OFFICE FURNITURE DESKS BOOKCASES | 1129-000 | 1,158.00 |
| Office Equipment, Furnishings, Supp | 1129-000 | 420.00 |
| SUMMA D140 VYNAL CUTTER | 1129-000 | 1,050.00 |
| HP DESIGNJET 26100 PRINTER | 1129-000 | 924.00 |
| SEAL 62 BASE LAMINATOR | 1129-000 | 2,310.00 |
| SHOP BOT CNC ROUTER | 1129-000 | 2,100.00 |
| AIR COMPRESSOR | 1129-000 | 756.00 |
| SHOP FOX VAC SYSTEM | 1129-000 | 840.00 |
| 1999 FORD E-350 BOX TRUCK | 1129-000 | 756.00 |
| 2003 FORD BOX TRUCK | 1129-000 | 1,260.00 |
| 2003 DODGE PICKUP TRUCK | 1129-000 | 420.00 |
| CAT C5000 FORKLIFT | 1129-000 | 2,100.00 |
| TOYOTA FORKLIFT | 1129-000 | 630.00 |
| METAL SAW | 1129-000 | 336.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TABLE SAW | 1129-000 | 840.00 |
| ASSORTED HAND TOOLS | 1129-000 | 420.00 |
| ASSORTED LADDERS | 1129-000 | 840.00 |
| OCTANORM METAL-ALUMINUM EXTRUSION | 1129-000 | 2,940.00 |
| RACKING PALLET AND OTHERWISE | 1129-000 | 1,260.00 |
| INVENTORY STAGING PLATFORM MISC ITEM WAREHOUSE | 1129-000 | 2,940.00 |
| 2006 CHEVY EXPRESS PASSENGER VAN | 1129-000 | 1,470.00 |
| OTHER TOOLS EQUIPMENT IN WAREHOUSE | 1129-000 | 1,130.04 |
| TOTAL GROSS RECEIPTS | | $ 26,900.04 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT E. THOMAS, TRUSTEE | 2100-000 | NA | 3,440.00 | 3,440.00 | 3,440.00 |
| ROBERT E. THOMAS, TRUSTEE | 2200-000 | NA | 176.88 | 176.88 | 176.88 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 10.83 | 10.83 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.83 | 10.83 | 10.83 |
| UNION BANK | 2600-000 | NA | 129.76 | 129.76 | 129.76 |
| ROBERT H. EWALD | 3711-000 | NA | 337.50 | 337.50 | 337.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,105.80 | $ 4,105.80 | $ 4,094.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | FLORIDA DEPARTMENT OF REVENUE | 5800-000 | NA | 98,213.12 | 98,213.12 | 2,717.27 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 712,090.67 | 712,090.67 | 19,701.47 |
| 000009 | STATE OF NEVADA | 5800-000 | NA | 13,963.69 | 13,963.69 | 386.33 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 824,267.48 | $ 824,267.48 | $ 22,805.07 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMTRUST NORTH AMERICA, INC. | 7100-000 | NA | 61,564.00 | 61,564.00 | 0.00 |
| 000004 | CHAMPION LOGISTICS GROUP | 7100-000 | NA | 16,295.00 | 16,295.00 | 0.00 |
| 000005 | CORPORATE COMMUNICATIONS INC | 7100-000 | NA | 6,465.28 | 6,465.28 | 0.00 |
| 000010 | IPFS CORPORATION | 7100-000 | NA | 2,526.86 | 2,526.86 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | JODI SIEGNER, ESQ DECARLO & SHANLEY | 7100-000 | NA | 7,840.25 | 7,840.25 | 0.00 |
| 000006 | LARS, LLC DBA HARDWARE IMAGI | 7100-000 | NA | 26,542.00 | 26,542.00 | 0.00 |
| 000008 | TEAMSTERS LOCAL 631 SECURITY FUND, | 7100-000 | NA | 780,978.00 | 780,978.00 | 0.00 |
| 000003B | FLORIDA DEPARTMENT OF REVENUE | 7400-000 | NA | 11,584.89 | 11,584.89 | 0.00 |
| 000001B | INTERNAL REVENUE SERVICE | 7400-000 | NA | 252,264.64 | 252,264.64 | 0.00 |
| 000009B | STATE OF NEVADA | 7400-000 | NA | 1,250.84 | 1,250.84 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,167,311.76 | $ 1,167,311.76 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| Case No: | 16-06003 | Judge: CYNTHIA C JACKSON | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | DISPLAY TECHNOLOGIES, LLC, | | Date Filed (f) or Converted (c): | 09/09/16 (f) |
| | | | 341(a) Meeting Date: | 10/11/16 |
| For Period Ending: 12/10/17 | | | Claims Bar Date: | 01/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. DEPOSIT WITH LANDLORD | 13,666.67 | 0.00 | | 0.00 | FA |
| 2. OFFICE FURNITURE DESKS BOOKCASES | Unknown | 1,158.00 | | 1,158.00 | FA |
| 3. Office Equipment, Furnishings, Supp | Unknown | 420.00 | | 420.00 | FA |
| 4. SUMMA D140 VYNAL CUTTER | Unknown | 1,050.00 | | 1,050.00 | FA |
| 5. HP DESIGNJET 26100 PRINTER | Unknown | 924.00 | | 924.00 | FA |
| 6. SEAL 62 BASE LAMINATOR | Unknown | 2,310.00 | | 2,310.00 | FA |
| 7. SHOP BOT CNC ROUTER | Unknown | 2,100.00 | | 2,100.00 | FA |
| 8. AIR COMPRESSOR | Unknown | 756.00 | | 756.00 | FA |
| 9. SHOP FOX VAC SYSTEM | Unknown | 840.00 | | 840.00 | FA |
| 10. 1999 FORD E-350 BOX TRUCK | Unknown | 756.00 | | 756.00 | FA |
| 11. 2003 FORD BOX TRUCK | Unknown | 1,260.00 | | 1,260.00 | FA |
| 12. 2003 DODGE PICKUP TRUCK | Unknown | 420.00 | | 420.00 | FA |
| 13. CAT C5000 FORKLIFT | Unknown | 2,100.00 | | 2,100.00 | FA |
| 14. TOYOTA FORKLIFT | Unknown | 630.00 | | 630.00 | FA |
| 15. METAL SAW | Unknown | 336.00 | | 336.00 | FA |
| 16. TABLE SAW | Unknown | 840.00 | | 840.00 | FA |
| 17. ASSORTED HAND TOOLS | Unknown | 420.00 | | 420.00 | FA |
| 18. ASSORTED LADDERS | Unknown | 840.00 | | 840.00 | FA |
| 19. OCTANORM METAL-ALUMINUM EXTRUSION | Unknown | 2,940.00 | | 2,940.00 | FA |
| 20. RACKING PALLET AND OTHERWISE | Unknown | 1,260.00 | | 1,260.00 | FA |
| 21. INVENTORY STAGING PLATFORM MISC ITEM WAREHOUSE | Unknown | 2,940.00 | | 2,940.00 | FA |
| 22. 2006 CHEVY EXPRESS PASSENGER VAN | Unknown | 1,470.00 | | 1,470.00 | FA |
| 23. OTHER TOOLS EQUIPMENT IN WAREHOUSE | Unknown | 980.00 | | 1,130.04 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $13,666.67 | $26,750.00 | | $26,900.04 | $0.00 |

LFORM1

Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit 8**

| Case No: | 16-06003 | Judge: CYNTHIA C JACKSON | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DISPLAY TECHNOLOGIES, LLC, | | Date Filed (f) or Converted (c): | 09/09/16 (f) |
| | | | 341(a) Meeting Date: | 10/11/16 |
| | | | Claims Bar Date: | 01/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD ALL OF DEBTORS ASSETS TO A THIRD PARTY PURCHASER FOR $26,750.00 IN MONTHLY PAYMENTS THROUGH APRIL 2017.

PURCHASER ALSO PAID THE ESTATE $150.04 TO REMIBURSE FOR BANK SERVICE CHARGES

CLAIMS REVIEWED

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE JULY 14, 2017

RE PROP# 1---LANDLORD HAS LIEN ON DEPOST FOR UNPAID RENT

RE PROP# 2---DEBTOR ALSO PAID $150.00 TO ESTATE FOR BANK SERVICE CHARGE RECOVERY

Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| | |
|---|---|
| Case No: | 16-06003 -CCJ |
| Case Name: | DISPLAY TECHNOLOGIES, LLC, |
| Taxpayer ID No: | *******0990 |
| For Period Ending: | 12/10/17 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7413  Checking Account |
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 11/21/16 | * NOTE * | LIGHTNING EXHIBITS | BUYBACK PAYMENT | 1129-000 | 4,483.34 | | 4,483.34 |
| | | | | * NOTE *  Properties 2, 3, 4, 5, 6, 12 | | | | |
| | 12/09/16 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 8,966.68 |
| | | | | Bank Serial #: 0 | | | | |
| | | | | * NOTE *  Properties 9, 10, 11, 12, 13 | | | | |
| | 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,951.68 |
| * | 01/04/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 13,435.02 |
| | | | | WIRE DEPOSIT RECEIVED 12/9/2016 | | | | |
| | | | | * NOTE *  Properties 6, 7, 8, 9 | | | | |
| | 01/17/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 17,918.36 |
| | | | | Bank Serial #: 0 | | | | |
| | | | | * NOTE *  Properties 9, 14, 15, 16, 17, 18, 19 | | | | |
| * | 01/18/17 | * NOTE * | LIGHNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 22,401.70 |
| | | | | * NOTE *  Properties 9, 10, 11, 12, 13 | | | | |
| * | 01/19/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | -4,483.34 | | 17,918.36 |
| * | 01/19/17 | * NOTE * | LIGHNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | -4,483.34 | | 13,435.02 |
| | 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 13,420.02 |
| | 02/07/17 | 000301 | ROBERT H. EWALD | APPRAISER FEE | 3711-000 | | 337.50 | 13,082.52 |
| | | | EWALD AUCTIONS INC | | | | | |
| | | | 12472 LAKE UNDERHILL ROAD | | | | | |
| | | | SUITE 312 | | | | | |
| | | | ORLANDO, FL 32828 | | | | | |
| | 02/22/17 | * NOTE * | LIGHNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 17,565.86 |
| | | | | Bank Serial #: 0 | | | | |
| | | | | * NOTE *  Properties 6, 7, 8, 9 | | | | |
| * | 02/27/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 22,049.20 |
| | | | | * NOTE *  Properties 6, 7, 8, 9 | | | | |
| * | 02/27/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | -4,483.34 | | 17,565.86 |

| | | | | Page Subtotals | 17,933.36 | 367.50 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    2

**Exhibit 9**

| | |
|---|---|
| Case No: | 16-06003  -CCJ |
| Case Name: | DISPLAY TECHNOLOGIES, LLC, |
| Taxpayer ID No: | *******0990 |
| For Period Ending: | 12/10/17 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7413  Checking Account |
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.52 | 17,549.34 |
| 03/03/17 | | International Sureties, Ltd. | Bond # 016027985 | 2300-000 | | 10.83 | 17,538.51 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/16/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 22,021.85 |
| | | | Bank Serial #: 0 | | | | |
| | | | * NOTE *  Properties 19, 20, 21 | | | | |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 22,002.54 |
| 04/18/17 | * NOTE * | LIGHTNING EXHIBITS | PURCHASE PAYMENT | 1129-000 | 4,483.34 | | 26,485.88 |
| | | | Bank Serial #: 0 | | | | |
| | | | * NOTE *  Properties 21, 22, 23 | | | | |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 26,456.38 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.43 | 26,421.95 |
| 08/16/17 | 000302 | ROBERT E. THOMAS, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 3,440.00 | 22,981.95 |
| | | P.O. BOX 5075 | | | | | |
| | | Winter Park, FL  32793-5075 | | | | | |
| 08/16/17 | 000303 | ROBERT E. THOMAS, TRUSTEE | Chapter 7 Expenses | 2200-000 | | 176.88 | 22,805.07 |
| | | P.O. BOX 5075 | | | | | |
| | | Winter Park, FL  32793-5075 | | | | | |
| 08/16/17 | 000304 | US TREASURY | Claim 000001A, Payment 2.76671% | 5800-000 | | 19,701.47 | 3,103.60 |
| | | PO BOX 7317 | FICA AND FUTA TAX DUE | | | | |
| | | PHILADELPHIA, PA 19101-7317 | TAXPAYER ID  46-142990 | | | | |
| | | | FICA TAX 3/2014; 6/2014; 9/2014; 12/2014; 3/2015; 6/2015; 9/2015; 12/2015; 3/2016; 6/2016;  9/2016; 10/2016 | | | | |
| | | | FUTA TAX  12/2014;  1/2016 - 10/2016 | | | | |
| 08/16/17 | 000305 | Florida Department of Revenue | Claim 000003A, Payment 2.76671% | 5800-000 | | 2,717.27 | 386.33 |

Page Subtotals  8,966.68  26,146.21

Ver: 20.00e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

**Exhibit 9**

| | |
|---|---|
| Case No: | 16-06003 -CCJ |
| Case Name: | DISPLAY TECHNOLOGIES, LLC, |
| | |
| Taxpayer ID No: | *******0990 |
| For Period Ending: | 12/10/17 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7413  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/16/17 | 000306 | Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668<br>STATE OF NEVADA<br>DEPARTMENT OF EMPLOYMENT<br>EMPLOYMENT SECURITY DEPT<br>500 EAST THIRD STREET<br>CARSON NV 89713 | SALES AND USE TAX<br>11/2015; 5/2016; 6/2016  ACCOUNT  3928469<br><br>Claim 000009, Payment 2.76668%<br>STATE TAXES  ACCOUNT 033696700<br>9/2016;  6/2016;  3/2016;  12/2015; 9/2015 | 5800-000 | | 386.33 | 0.00 |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 26,900.04 | 26,900.04 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 26,900.04 | 26,900.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 26,900.04 | 26,900.04 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS<br>Checking Account - *******7413 | 26,900.04 | 26,900.04 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 26,900.04 | 26,900.04 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals              0.00              386.33

Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*